```
                                 United States Bankruptcy Court
                                 Middle District of Pennsylvania
In re:                                                                    Case No. 17-04682-HWV
George Henry Simeone                                                      Chapter 13
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1            User: CGambini                Page 1 of 2                    Date Rcvd: Dec 18, 2017
                                Form ID: ntcnfhrg             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2017.
db           +George Henry Simeone,   416 Heritage Drive,   Gettysburg, PA 17325-8938
4991261       CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,   PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
4991262      +CB/EDBAUER,   PO BOX 182789,   COLUMBUS, OH 43218-2789
4991266       COMMONWEALTH OF PA,   DEPARTMENT OF REVENUE,   BUREAU OF INDIVIDUAL TAXES,   DEPT 280432,
               HARRISBURG, PA 17128-0432
4991265       COMMONWEALTH OF PA,   DEPT OF  REV BUR IND TAX,   DEPT 280431,   HARRISBURG, PA 17128-0431
4991267       COMMONWEALTH OF PA DEPT L&I,   READING B&C UNIT UTCS,   625 CHERRY ST ROOM 203,
               READING, PA 19602-1152
4991268      +CREDIT BUREAU OF YORK,   33 S DUKE ST,   YORK, PA 17401-1485
4991269      +DPT ED/NAVI,   PO BOX 9635,   WILKES BARRE, PA 18773-9635
4991270       ENDOSCOPY CENTER AT ROBINWOOD,   1110 MEDICAL CAMPUS RD, STE 248,   HAGERSTOWN, MD 21742
4991271      +GETTYSBURG DENTAL ASSOC,   SEIDEL & DEFILIPPO,   353 YORK STREET,   GETTYSBURG, PA 17325-1953
4991273      +JP HARRIS ASSOCIATES LLC,   MUNICIPAL TAX ACCOUNTS,   PO BOX 226,
               MECHANICSBURG, PA 17055-0226
4991274      +LAKE HERITAGE PROPERTY OWNERS ASSOC,   1000 HERITAGE DRIVE,   LAKE HERITAGE,
               GETTYSBURG, PA 17325-8954
4995339      +Lake Heritage Property Owners Association, Inc.,   c/o John S. Phillips, Esq.,
               101 West Middle Street,   Gettysburg, PA 17325-2190
4991276       PENNSYLVANIA AMERICAN WATER CO,   PO BOX 371412,   PITTSBURGH, PA 15250-7412
4991277      +RS CLARK ASC,   12990 PANDORA 150,   DALLAS, TX 75238-5256
4991278      +SPECIALIZED LOAN SERVICING LLC,   ATT BANKRUPTCY DEPARTMENT,   8742 LUCENT BLVD SUITE 300,
               HIGHLANDS RANCH, CO 80129-2386
4991279      +STATE OF NEW JERSEY,   DEPT OF LABOR AND WORKFORCE DEVELOPMENT,   PO BOX 951,
               TRENTON, NJ 08625-0951
4991280      +STERN & EISENBERG PC,   1581 MAIN STREET, STE 200,   THE SHOPS AT VALLEY SQUARE,
               WARRINGTON, PA 18976-3400
4997179      +The Bank of New York Mellon Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
4991281      +WELLSPAN MEDICAL GROUP,   PHYSICIAN BILLING SERVICES,   1803 MT ROSE AVE SUITE B3,
               YORK, PA 17403-3051
4991282      +WHITE RUN REGIONAL MUNICIPAL AUTHORITY,   2001 BALTIMORE PIKE,   GETTYSBURG, PA 17325-7068
4991283      +WHITE RUN REGIONAL MUNICIPAL AUTHORITY,   C/O CAMPBELL AND WHITE, PC,   112 BALTIMORE STREET,
               GETTYSBURG, PA 17325-2311
4999494      +York Hospital,   1001 S George St,   York, PA 17403-3645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4991260       E-mail/Text: ebn@americollect.com Dec 18 2017 18:57:20     AMERICOLLECT INC,
               1851 S ALVERNO ROAD,   PO BOX 1566,   MANITOWOC, WI 54221
4991263      +E-mail/Text: dehartstaff@pamd13trustee.com Dec 18 2017 18:57:25     CHARLES J DEHART, III, ESQ.,
               8125 ADAMS DRIVE STE A,   HUMMELSTOWN PA 17036-8625
4991264       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 18 2017 18:57:17     COMM OF PA DEPT OF REVENUE,
               BUREAU OF COMPLIANCE,   PO BOX 280946,   HARRISBURG, PA 17128-0946
4991272       E-mail/Text: cio.bncmail@irs.gov Dec 18 2017 18:57:12     INTERNAL REVENUE SERVICE,
               PO BOX 21126,   PHILADELPHIA, PA 19114-0326
4991275      +E-mail/Text: Bankruptcies@nragroup.com Dec 18 2017 18:57:30     NATIONAL RECOVERY AGENCY,
               2491 PAXTON STREET,   HARRISBURG, PA 17111-1036
5001317      +E-mail/Text: csc.bankruptcy@amwater.com Dec 18 2017 18:57:28     Pennsylvania American Water,
               PO Box 578,   Alton, IL 62002-0578
4993684       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 18 2017 18:57:16
               Pennsylvania Department of Revenue,   Bankruptcy Division  PO Box 280946,
               Harrisburg PA  17128-0946
4991284      +E-mail/Text: kcm@yatb.com Dec 18 2017 18:57:09     YORK ADAMS TAX BUREAU,
               900 BIGLERVILLE ROAD,   PO BOX 4374,   GETTYSBURG, PA 17325-4374
4992003      +E-mail/Text: kcm@yatb.com Dec 18 2017 18:57:09     YORK ADAMS TAX BUREAU,   PO BOX 15627,
               YORK, PA 17405-0156
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2017 at the address(es) listed below:

        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        James   Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New Your,
         as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
         2006-18 bkgroup@kmllawgroup.com
        Kara Katherine Gendron    on behalf of Debtor 1 George Henry Simeone karagendronecf@gmail.com,
         doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                                                                   TOTAL: 4

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| George Henry Simeone<br>fdba George Simeone's 100 Hour Mega Sale<br>Debtor(s) | Chapter 13<br>Case No. 1:17−bk−04682−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**January 10, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: January 17, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 18, 2017 |