IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   GEORGE HENRY SIMEONE<br>   F/D/B/A GEORGE SIMEONE'S 100 HOUR<br>   MEGA SALE,<br>                       DEBTOR | CHAPTER 13<br><br>CASE NO. 1-17-bk-04682-HWV |

NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND
REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002(a) AND (b)

TO THE CLERK OF THE COURT:

    Please be advised that Lawrence V. Young, Esquire, of CGA Law Firm, 135 North George Street, York, Pennsylvania 17401, hereby enters his appearance as Counsel for White Run Municipal Authority and requests copies of all Notices pursuant to Bankruptcy Rules 2002(a) and 2002(b).

                                              Respectfully submitted,

                                              CGA Law Firm


                                              /s/Lawrence V. Young, Esquire
                                              Lawrence V. Young, Esquire
                                              135 North George Street
                                              York, PA 17401
                                              (717) 848-4900

{01459534/1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   GEORGE HENRY SIMEONE<br>   F/D/B/A GEORGE SIMEONE'S 100 HOUR MEGA SALE,<br>                         DEBTOR | CHAPTER 13<br><br>CASE NO. 1-17-bk-04682-HWV |

## CERTIFICATE OF SERVICE

     I hereby certify that on April 30, 2018, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following Filing Users:

Charles J. DeHart, III
Chapter 13 Trustee

Kara K. Gendron, Esquire

                                    /s/Lawrence V. Young, Esquire
                                    Lawrence V. Young, Esquire
                                    CGA Law Firm
                                    135 North George Street
                                    York, PA 17401
                                    (717) 848-4900