```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                                  Case No. 17-04682-HWV
George Henry Simeone                                                    Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: karendavi          Page 1 of 1          Date Rcvd: Jun 08, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2018.
          +MS JODI F SIMEONE,    416 HERITAGE DRIVE,    GETTYSBURG, PA 17325-8938

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                               Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Dorothy L Mott    on behalf of Debtor 1 George Henry Simeone DorieMott@aol.com,
           KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
          James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New Your,
           as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
           2006-18 bkgroup@kmllawgroup.com
          Kara Katherine Gendron    on behalf of Debtor 1 George Henry Simeone karagendronecf@gmail.com,
           doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
          Lawrence V. Young    on behalf of Creditor    White Run Municipal Authority lyoung@cgalaw.com,
           tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
           m;jrosenau@cgalaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| George Henry Simeone f/d/b/a George Simeone's 100 Hour Mega Sale<br>　　　　Debtor<br><br>Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-18<br>　　　　Movant<br>　　vs.<br><br>George Henry Simeone f/d/b/a George Simeone's 100 Hour Mega Sale<br>　　　　Respondent<br><br>Jodi F. Simeone<br>Charles J. DeHart, III Esq., Trustee<br>　　　　Additional Respondents | CHAPTER 13<br><br><br>NO. 17-bk-04682 HWV<br><br><br>11 U.S.C. Section 362 |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: June 08, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)