## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    GEORGE HENRY SIMEONE
          DBA: FDBA  GEORGE SIMEONE'S 100
         HOUR MEGA SALE

           Debtor(s)

                                       CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
          Movant                  CASE NO: 1-17-04682-HWV

    vs.

GEORGE HENRY SIMEONE
  DBA: FDBA  GEORGE SIMEONE'S 100
HOUR MEGA SALE

           Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on July 2, 2018, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

                         Respectfully submitted,

                         s/   Charles J. DeHart, III
                         Charles J. DeHart, III, Trustee
                         8125 Adams Drive, Suite A
                         Hummelstown, PA  17036
                         Phone:  (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    GEORGE HENRY SIMEONE
DBA: FDBA  GEORGE SIMEONE'S 100
HOUR MEGA SALE                   CHAPTER 13

           Debtor(s)

CHARLES J. DEHART, III           CASE NO: 1-17-04682-HWV
CHAPTER 13 TRUSTEE
         Movant

## <u>NOTICE</u>

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion.  Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

| **CONFERENCE before Trustee:** | **HEARING:** |
|---|---|
| August 8, 2018  at 9:00 am | August 8, 2018 at 09:35 AM |
| Dismissal Conference Room (Courtroom 2) | Ronald Reagan Federal Bldg |
| Ronald Reagan Federal Bldg | Bankruptcy Courtroom |
| 3rd Floor, Third and Walnut Streets | 3rd Floor, 228 Walnut Street |
| Harrisburg, PA 17101 | Harrisburg, PA 17101 |

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1.    You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH:  $ 900.00**
**AMOUNT DUE FOR THIS MONTH:  $300.00**
**TOTAL AMOUNT DUE <u>BEFORE</u> CONFERENCE/HEARING DATE:  $1200.00**

**NOTE:**
       **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

       **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

       If **submitting payment by U.S. First Class Mail** mail to:
              **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  July 2, 2018

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   GEORGE HENRY SIMEONE
      DBA: FDBA  GEORGE SIMEONE'S
100 HOUR MEGA SALE

                             CHAPTER 13

         Debtor(s)

      CHARLES J. DEHART, III         CASE NO: 1-17-04682-HWV
      CHAPTER 13 TRUSTEE
         Movant

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on  July 2, 2018.


KARA K GENDRON
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA  17101-


GEORGE HENRY SIMEONE
416 HERITAGE DRIVE
GETTYSBURG, PA  17325


                               Respectfully submitted,

                               s/ Liz Joyce
                               for Charles J. DeHart, III, Trustee
                               8125 Adams Drive, Suite A
                               Hummelstown, PA  17036
                               Phone:  (717) 566-6097


Dated:  July 2, 2018

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    GEORGE HENRY SIMEONE
          DBA: FDBA  GEORGE SIMEONE'S
          100 HOUR MEGA SALE

                              CHAPTER 13

          Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                Movant             CASE NO: 1-17-04682-HWV

          vs.

          GEORGE HENRY SIMEONE        MOTION TO DISMISS
          DBA: FDBA  GEORGE SIMEONE'S
          100 HOUR MEGA SALE

## <u>ORDER DISMSSING CASE</u>

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.