# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

GEORGE HENRY SIMEONE f/d/b/a
GEORGE SIMEONE'S 100 HOUR MEGA SALE

**Debtor(s)**

SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, IN

**Plaintiff(s)/Movant(s)**

vs.

GEORGE HENRY SIMEONE, f/d/b/a
GEORGE SIMEONE'S 100 HOUR MEGA SALE,
JODI F. SIMEONE AND
CHARLES J. DEHART, III, CH 13 TRUSEE

**Defendant(s)/Respondent(s)**

CHAPTER 13

CASE NO. 1-17-bk-04682-HWV

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: Hearing re:

Motion for Relief from Automatic Stay

Document #: 65, 67

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Parties are currently in the process of resolving the Motion for Relief from Stay filed by SSpecialized Loan Servicing, LLC As Servicer for The Bank of New York Mellon F/K/A The Bank of New York As Trustee for the Certificateholders of The CWABS, Inc. Asset-Backed Certificates, Series 2006-18 and agree to request a continuance from this Honorable Court of the hearing currently scheduled for Tuesday October 22, 2019 at 9:30 am.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: October 17, 2019

/s/ Keri P. Ebeck

Attorney for Specialized Loan Servicing, LLC, et al

Name: Keri P. Ebeck, Esq.

Phone Number: (412) 456-8112

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.