**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:
GEORGE HENRY SIMEONE f/d/b/a
GEORGE SIMEONE'S 100 HOUR MEGA SALE

**Debtor(s)**

SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, IN

**Plaintiff(s)/Movant(s)**
vs.
GEORGE HENRY SIMEONE, f/d/b/a
GEORGE SIMEONE'S 100 HOUR MEGA SALE,
JODI F. SIMEONE AND
CHARLES J. DEHART, III, CHAPTER 13 TRUS

**Defendant(s)/Respondent(s)**

CHAPTER 13

CASE NO. 1-17-bk-04682

ADVERSARY NO. __-__-ap
(if applicable)

Nature of Proceeding: Hearing

Pleading: Motion for Relief from Stay

Document #: 65, 67, 69

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST***

CHECK ONE:

[ ] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[✓] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
    [✓] Thirty (30) days.
    [ ] Forty-five (45) days.
    [ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 11/25/2019

/s/ Keri P. Ebeck
Attorney for Specialized Loan Servicing, LLC

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.