```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                            Case No. 17-04682-HWV
George Henry Simeone                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: Christoph           Page 1 of 1           Date Rcvd: Jan 02, 2020
                               Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2020.
         +Jodi F Simeone,    416 Heritage Drive,    Gettysburg, PA 17325-8938

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 George Henry Simeone DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New Your,
               as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2006-18 bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 George Henry Simeone karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Keri P Ebeck    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New Your, as
               Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-18
               kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com
              Keri P Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC As Servicer for The Bank
               of New York Mellon F/K/A The Bank of New York As Trustee for the Certificateholders of The CWABS,
               Inc. Asset-Backed Certificates, Series 2006-1 kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com
              Lawrence V. Young    on behalf of Creditor    White Run Municipal Authority lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
               com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **GEORGE HENRY SIMEONE fdba GEORGE SIMEONE'S 100 HOUR MEGA SALE** <br> Debtor 1 | Chapter: 13 <br><br> Case No.: 1-17-bk-04682-HWV |
| **SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-18** <br> vs. Movant(s) <br><br> **GEORGE HENRY SIMEONE f/d/b/a GEORGE SIMEONE'S 100 HOUR MEGA SALE JODI F. SIMEONE and CHARLES J. DEHART, III, CHAPTER 13 TRUSTEE** <br> Respondent(s) | Document No.: 65 <br><br><br><br><br><br><br><br> Nature of Proceeding: Motion for Relief from Automatic Stay |

## ORDER

It appearing that no stipulation or request to relist having been filed pursuant to Order dated November 25, 2019, it is hereby

ORDERED that this matter is DISMISSED without prejudice.

Dated: January 2, 2020

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (JH)