## LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:**<br>GEORGE HENRY SIMEON<br>D/B/A GEORGE SIMEONE"S 100 HOUR MEGA SALE | : : : : : | CHAPTER __13__<br><br>CASE NO. _1_-_17_-bk-_04682_ |
| **Debtor(s)** | : | |
| SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, IN | : : : : : : | ADVERSARY NO. ___-___-ap.<br>(if applicable) |
| **Plaintiff(s)/Movant(s)**<br>vs. | : : | Nature of Proceeding: Hearing |
| GEORGE HENRY SIMEON<br>D/B/A GEORGE SIMEONE"S 100 HOUR MEGA SALE<br>CHARLES J. DEHART, III, Chapter 13 Trustee | : : : : : | Pleading: Motion for Relief from Stay |
| **Defendant(s)/Respondent(s)** | : | Document #: 75, 76 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

[ ] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[✓] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
    [✓] Thirty (30) days.
    [ ] Forty-five (45) days.
    [ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 04/16/2020      /s/ Keri P. Ebeck
    Attorney for Specialized Loan Servicing, LLC

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.