```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                         Case No. 17-04682-HWV
George Henry Simeone                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 1      Date Rcvd: May 11, 2020
                      Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2020.
        +Jodi F Simeone,   416 Heritage Drive,   Gettysburg, PA 17325-8938

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2020 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        Dorothy L Mott   on behalf of Debtor 1 George Henry Simeone DorieMott@aol.com,
         KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
        James Warmbrodt   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New Your,
         as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
         2006-18 bkgroup@kmllawgroup.com
        Kara Katherine Gendron   on behalf of Debtor 1 George Henry Simeone karagendronecf@gmail.com,
         doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
        Keri P Ebeck   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New Your, as
         Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-18
         kebeck@bernsteinlaw.com,  jbluemle@bernsteinlaw.com
        Keri P Ebeck   on behalf of Creditor   Specialized Loan Servicing, LLC As Servicer for The Bank
         of New York Mellon F/K/A The Bank of New York As Trustee for the Certificateholders of The CWABS,
         Inc. Asset-Backed Certificates, Series 2006-1 kebeck@bernsteinlaw.com,  jbluemle@bernsteinlaw.com
        Lawrence V. Young   on behalf of Creditor   White Run Municipal Authority lyoung@cgalaw.com,
         tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
         com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                                           TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>GEORGE HENRY SIMEONE f/d/b/a GEORGE SIMEONE'S 100 HOUR MEGA SALE,<br>  DEBTOR,<br><br>SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-18<br>  MOVANT<br>  v.<br><br>GEORGE HENRY SIMEONE, f/d/b/a GEORGE SIMEONE'S 100 HOUR MEGA SALE,<br>JODI F. SIMEONE AND<br>CHARLES J. DEHART, III, CHAPTER 13 TRUSTEE<br><br>  RESPONDENTS | Bankruptcy No. 1:17-bk-04682-HWV<br><br>Chapter 13<br><br>Doc. No. 75 |

## ORDER OF COURT

Upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

Dated: May 11, 2020         By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (LS)