UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GEORGE HENRY SIMEONE : CHAPTER 13
     Debtor(s) :
 :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
     Movant :
 :
     vs. :
 :
GEORGE HENRY SIMEONE :
     Respondent(s) : CASE NO. 1-17-bk-04682

TRUSTEE'S OBJECTION TO EIGHTH AMENDED CHAPTER 13 PLAN

AND NOW, this 15th day of December, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. Third plan payment tier requires 47 payments over a 35 month period causing the plan to require 96 months to complete.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

                                             Respectfully submitted:

                                             Charles J. DeHart, III
                                             Standing Chapter 13 Trustee
                                             8125 Adams Drive, Suite A
                                             Hummelstown, PA 17036
                                             (717) 566-6097

               BY:                   /s/James K. Jones
                                       Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this 15th day of December, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Kara Gendron, Esquire
125 State Street
Harrisburg, PA 17101

                                            /s/Deborah A. Behney
                                            Office of Charles J. DeHart, III
                                            Standing Chapter 13 Trustee