United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-04682-HWV |
| George Henry Simeone | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: May 25, 2022      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

**Recip ID**     **Recipient Name and Address**
\+    Jodi F Simeone, 416 Heritage Drive, Gettysburg, PA 17325-8938

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 George Henry Simeone DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New Your as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-18 bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 George Henry Simeone karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com |
| Keri P Ebeck | |

on behalf of Creditor Specialized Loan Servicing LLC As Servicer for The Bank of New York Mellon F/K/A The Bank of New York As Trustee for the Certificateholders of The CWABS, Inc. Asset-Backed Certificates, Series 2006-1 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;politicsci2@gmail.com

Keri P Ebeck

on behalf of Creditor The Bank of New York Mellon FKA The Bank of New Your as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-18 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;politicsci2@gmail.com

Lawrence V. Young

on behalf of Creditor White Run Municipal Authority lyoung@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>GEORGE HENRY SIMEONE f/d/b/a<br>GEORGE SIMEONE'S 100 HOUR MEGA SALE,<br>      Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC AS<br>SERVICER FOR THE BANK OF NEW YORK<br>MELLON F/K/A THE BANK OF NEW YORK AS<br>TRUSTEE FOR THE CERTIFICATEHOLDERS<br>OF THE CWABS, INC. ASSET-BACKED<br>CERTIFICATES, SERIES 2006-18<br>      Movant<br>  v.<br><br>GEORGE HENRY SIMEONE, f/d/b/a<br>GEORGE SIMEONE'S 100 HOUR MEGA SALE,<br>JODI F. SIMEONE and<br>JACK N ZAHAROPOULOS, Chapter 13 Trustee<br>      Respondents | Bankruptcy No. 1:17-bk-04682-HWV<br><br>Chapter 13<br><br>Doc. No. 96 |

## ORDER

Upon consideration of the foregoing *Motion to Withdraw Certification of Default of the Stipulation Resolving the Motion for Relief from Stay & Co-Debtor Stay Without Prejudice.*, it is hereby ORDERED that the Motion is approved.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 25, 2022