IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | |
|---|---|
| IN RE: ) | |
| GEORGE HENRY SIMEONE, ) | CASE NO.: 1:17-bk-04682-HWV |
| *FDBA* GEORGE SIMEONE'S 100 HOUR ) | CHAPTER 13 |
| MEGA SALE ) | |
|     DEBTOR. ) | JUDGE HENRY W. VAN ECK |
| ) | |
| THE BANK OF NEW YORK MELLON FKA ) | |
| THE BANK OF NEW YORK, AS TRUSTEE ) | |
| FOR THE CERTIFICATEHOLDERS OF THE ) | |
| CWABS, INC., ASSET-BACKED ) | |
| CERTIFICATES, SERIES 2006-18 ) | |
|     CREDITOR ) | |
| ) | |
| GEORGE HENRY SIMEONE, ) | |
| *FDBA* GEORGE SIMEONE'S 100 HOUR ) | |
| MEGA SALE, DEBTOR, ) | |
| AND JACK N ZAHAROPOULOS, TRUSTEE ) | |
| ) | |
|     RESPONDENTS ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-18 and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

    **DATED** this 9th day of August 2024

                                                                   Respectfully submitted,
                                                                      /s/ Joshua I. Goldman
                                                                      Joshua I. Goldman, Esq
                                                                      Pennsylvania Bar # 205047
                                                                      PADGETT LAW GROUP
                                                                      6267 Old Water Oak Road, Suite 203
                                                                      Tallahassee, FL 32312

(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 9th day of August 2024.

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

**SERVICE LIST (CASE NO. 1:17-bk-04682-HWV)**

*DEBTOR*
GEORGE HENRY SIMEONE
416 HERITAGE DRIVE
GETTYSBURG, PA 17325

*ATTORNEYS FOR DEBTORS*
KARA KATHERINE GENDRON
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101
KARAGENDRON@GMAIL.COM

*TRUSTEE*
JACK N ZAHAROPOULOS
STANGIND CHAPTER 13
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
TWECF@PAMD13TRUSTEE.COM

*U.S. TRUSTEE*
UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102
UST03.HA.ECF@USDOJ.GOV