United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
George Henry Simeone  
    Debtor

Case No. 17-04682-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Oct 10, 2024      Form ID: pdf010      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George Henry Simeone, 416 Heritage Drive, Gettysburg, PA 17325-8938 |
| 4991266 | | COMMONWEALTH OF PA, DEPARTMENT OF REVENUE, BUREAU OF INDIVIDUAL TAXES, DEPT 280432, HARRISBURG, PA 17128-0432 |
| 4991265 | | COMMONWEALTH OF PA, DEPT OF REV BUR IND TAX, DEPT 280431, HARRISBURG, PA 17128-0431 |
| 4991268 | #+ | CREDIT BUREAU OF YORK, 33 S DUKE ST, YORK, PA 17401-1485 |
| 4991270 | | ENDOSCOPY CENTER AT ROBINWOOD, 1110 MEDICAL CAMPUS RD, STE 248, HAGERSTOWN, MD 21742 |
| 4991271 | + | GETTYSBURG DENTAL ASSOC, SEIDEL & DEFILIPPO, 353 YORK STREET, GETTYSBURG, PA 17325-1953 |
| 4991273 | + | JP HARRIS ASSOCIATES LLC, MUNICIPAL TAX ACCOUNTS, PO BOX 226, MECHANICSBURG, PA 17055-0226 |
| 4991274 | + | LAKE HERITAGE PROPERTY OWNERS ASSOC, 1000 HERITAGE DRIVE, LAKE HERITAGE, GETTYSBURG, PA 17325-8954 |
| 4995339 | + | Lake Heritage Property Owners Association, Inc., c/o John S. Phillips, Esq., 101 West Middle Street, Gettysburg, PA 17325-2190 |
| 4991281 | + | WELLSPAN MEDICAL GROUP, PHYSICIAN BILLING SERVICES, 1803 MT ROSE AVE SUITE B3, YORK, PA 17403-3051 |
| 4991282 | + | WHITE RUN REGIONAL MUNICIPAL AUTHORITY, 2001 BALTIMORE PIKE, GETTYSBURG, PA 17325-7068 |
| 4991283 | + | WHITE RUN REGIONAL MUNICIPAL AUTHORITY, C/O CAMPBELL AND WHITE, PC, 112 BALTIMORE STREET, GETTYSBURG, PA 17325-2342 |
| 5055573 | + | White Run Municipal Authority, 2001 Baltimore Pike, Gettysburg, PA 17325-7068 |
| 4999494 | + | York Hospital, 1001 S George St, York, PA 17403-3645 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Oct 10 2024 18:51:00 | THE BANK OF NEW YORK MELLON, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 10 2024 18:50:00 | THE BANK OF NEW YORK MELLON, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Oct 10 2024 18:51:00 | The Bank of New York Mellon FKA The Bank of New Yo, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 4991260 | | Email/Text: ebn@americollect.com | Oct 10 2024 18:51:00 | AMERICOLLECT INC, 1851 S ALVERNO ROAD, PO BOX 1566, MANITOWOC, WI 54221 |
| 4991261 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 10 2024 18:54:35 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 4991262 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 10 2024 18:51:00 | CB/EDBAUER, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 4991264 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 10 2024 18:51:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 4991267 | | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Oct 10 2024 18:51:00 | COMMONWEALTH OF PA DEPT L&I, READING B&C UNIT UTCS, 625 CHERRY ST ROOM 203, READING, PA 19602-1152 |
| 4991269 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 10 2024 18:54:10 | DPT ED/NAVI, PO BOX 9635, WILKES BARRE, PA 18773-9635 |
| 4991272 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 10 2024 18:51:00 | INTERNAL REVENUE SERVICE, PO BOX 21126, PHILADELPHIA, PA 19114-0326 |
| 4991263 | | Email/Text: info@pamd13trustee.com | Oct 10 2024 18:50:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5024832 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 10 2024 18:51:00 | Midland Funding, LLC, Midland Credit Management, Inc., As agent for Midland Funding, LLC, PO Box 2011, WARREN, MI 48090-2011 |
| 4991275 | + | Email/Text: Bankruptcies@nragroup.com | Oct 10 2024 18:51:00 | NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 5014342 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 10 2024 18:54:35 | Navient Solutions LLC obo the dept of education, Navient Solutions LLC obo, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 4991276 | | Email/Text: csc.bankruptcy@amwater.com | Oct 10 2024 18:51:00 | PENNSYLVANIA AMERICAN WATER CO, PO BOX 371412, PITTSBURGH, PA 15250-7412 |
| 5001317 | + | Email/Text: csc.bankruptcy@amwater.com | Oct 10 2024 18:51:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 4993684 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 10 2024 18:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5032025 | | Email/Text: bnc-quantum@quantum3group.com | Oct 10 2024 18:51:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4991277 | + | Email/Text: dataentry@rsclark.com | Oct 10 2024 18:50:00 | RS CLARK ASC, 12990 PANDORA 150, DALLAS, TX 75238-5256 |
| 4991278 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 10 2024 18:50:00 | SPECIALIZED LOAN SERVICING LLC, ATT BANKRUPTCY DEPARTMENT, 6200 S. QUEBEC STREET, GREENWOOD VILLAGE, CO 80111-4720 |
| 4991279 | ^ | MEBN | Oct 10 2024 18:47:03 | STATE OF NEW JERSEY, DEPT OF LABOR AND WORKFORCE DEVELOPMENT, PO BOX 951, TRENTON, NJ 08625-0951 |
| 4991280 | ^ | MEBN | Oct 10 2024 18:46:48 | STERN & EISENBERG PC, 1581 MAIN STREET, STE 200, THE SHOPS AT VALLEY SQUARE, WARRINGTON, PA 18976-3403 |
| 5647385 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 10 2024 18:50:00 | The Bank of New York Mellon FKA The Bank of, New York,, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, The Bank of New York Mellon FKA The Bank 29603-0826 |
| 5647384 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 10 2024 18:50:00 | The Bank of New York Mellon FKA The Bank of, New York,, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 4997179 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 10 2024 18:50:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 4992003 | + | Email/Text: kcm@yatb.com | Oct 10 2024 18:50:31 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |
| 4991284 | + | Email/Text: kcm@yatb.com | Oct 10 2024 18:50:31 | YORK ADAMS TAX BUREAU, 900 BIGLERVILLE ROAD, PO BOX 4374, |

GETTYSBURG, PA 17325-4374

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | The Bank of New York Mellon, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | The Bank of New York Mellon fka The Bank of New Yo, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | White Run Municipal Authority, 2001 Baltimore Pike, Gettysburg, PA 17325-7068 |
| 5206202 | *+ | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5328151 | *+ | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 12, 2024  Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 George Henry Simeone DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New Your as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-18 bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-18 josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Kara Katherine Gendron | on behalf of Debtor 1 George Henry Simeone karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Keri P Ebeck | on behalf of Creditor Specialized Loan Servicing LLC As Servicer for The Bank of New York Mellon F/K/A The Bank of New York As Trustee for the Certificateholders of The CWABS, Inc. Asset-Backed Certificates, Series 2006-1 kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Keri P Ebeck | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New Your as Trustee for the certificateholders of the |

| | |
|---|---|
| | CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-18 kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lawrence V. Young | on behalf of Creditor White Run Municipal Authority lyoung@cgalaw.com rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| George Henry Simeone fdba George Simeone's 100 Hour Mega Sale | | Chapter: | 13 |
| | Debtor 1 | Case No.: | 1:17-bk-04682-HWV |
| Jack N Zaharopoulos, Trustee | | | |
| vs. | Movant(s) | | |
| George Henry Simeone fdba George Simeone's 100 Hour Mega Sale | | | |
| | Respondent(s) | | |

## ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 116, and the Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 61, and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 10, 2024